United States District Court
For the District of Columbia

Jacqueline T. Robinson-Reeder
2140 Brooks Drive, District Heights, MD 20747
vs.

Case No: 07-CV-880 JDB

American Council on Education
1 Dupont Circle, N.W.
Wash, D.C. 20005

**RECEIVED**
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Affadavit of Service

I, Jacqueline T. Robinson-Reeder mailed the Summons and complaint certified mail to American Council on Education - Addressed to: Colleen Collins on 5/12/07 H.R. Director

Mailed copy to:
President:
David Ward on
5/16/07

Jacqueline T. Robinson-Reeder
/Jacqueline T. Robinson-Reeder
2140 Brooks Drive #421
District Heights, MD 20747
301-967-1570   5/21/07

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Colleen Collins
American Council on Education
1 Dupont Circle, N.W.
Wash, D.C. 20005

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] ☑ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 5/14/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 6489 8922 2000 0010 7802

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540