**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE ROBINSON-REEDER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN COUNCIL ON EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:07-cv-00880 (JDB)<br>)<br>)  ELECTRONICALLY FILED<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Christine N. Kearns hereby gives notice of her entry of appearance as counsel for Defendant American Council on Education in the above-captioned case.

DATED: June 6, 2007             Respectfully submitted,

/s/ Christine N. Kearns
Christine N. Kearns (No. 416339)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Counsel for Defendant*
*American Council on Education*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2007, the foregoing "Entry of Appearance" was served by first-class, postage-prepaid, U.S. mail on the following *pro se* plaintiff:

>Jacqueline Robinson-Reeder
>2140 Brooks Drive, #421
>District Heights, MD  20747

/s/ Christine N. Kearns