UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACQUELINE ROBINSON-REEDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN COUNCIL ON EDUCATION, ) <br> ) <br> Defendant. ) | Case: 1:07-cv-00880 (JDB) <br><br> ELECTRONICALLY FILED |

### JOINT MEET AND CONFER STATEMENT
### PURSUANT TO LOCAL RULE 16.3

COME NOW the parties, pursuant to LCvR 16.3, of the United States District Court Rules for the District of Columbia, Civil Rules, and file this Joint Report of their conference pursuant to LCvR 16.3, held on June 25, 2007. Defendant American Council on Education ("ACE") was represented by counsel, and Plaintiff Jacqueline Robinson-Reeder appeared *pro se*. Ms. Robinson-Reeder states that there were several matters of disagreement. Ms. Robinson-Reeder believes the case will not be disposed of by dispositive motion. ACE filed a Motion for Judgment on the Pleadings on June 29, 2007. If any claims survive that motion, ACE anticipates that it will move for summary judgment at the close of discovery. Ms. Robinson-Reeder "does not agree with the Defendant filing for summary judgment before trial due to Plaintiff having supporting facts of evidence and the need of witness testimony during trial."

(1) The parties disagree about whether the case is likely to be disposed of by dispositive motion. Counsel for ACE filed a Motion for Judgment on the Pleadings on June 29, 2007. Ms. Robinson-Reeder plans to file an

opposition to ACE's motion. The parties agree that discovery should await the Court's decision on ACE's pending Motion for Judgment on the Pleadings and Ms. Robinson-Reeder's opposition thereto.

(2) Joinder of additional parties or any motion for leave to amend the pleadings shall be filed within 30 days from the date of the conference; i.e., on or before July 25, 2007.

(3) The parties agree that the case should not be assigned to a Magistrate Judge for any purpose.

(4) The parties had settlement discussions that were not successful. The parties are wiling to explore settlement through the Court's ADR procedures (see number 5, below).

(5) The parties agree that the case could benefit from the Court's ADR procedures and that cost savings and other practical advantages would flow from conducting ADR/mediation early in the litigation.

(6) The parties propose that the deadline for filing motions for summary judgment shall be six weeks after the close of discovery. The parties propose that the deadline for filing oppositions shall be one month after the filing of a motion for summary judgment. The parties propose that the deadline for filing replies shall be two weeks after the filing of oppositions. Ms. Robinson-Reeder intends to oppose any motion for summary judgment.

(7) The parties agree to exchange the initial disclosures required by Rule 26(a)(1), Federal Rules of Civil Procedure, within ten days after the Court's ruling on ACE's pending Motion for Judgment on the Pleadings.

(8) The parties agree to serve written discovery (Interrogatories, Requests for Production of Documents, Requests for Admissions) within three months of the Court's ruling on ACE's Motion for Judgment on the Pleadings. The parties agree that discovery will close six weeks after the deadline to serve written discovery. Depositions, by agreement, will be limited to ten per side. Ms. Robinson-Reeder reiterates her intent to oppose any motion for summary judgment.

(9) The parties do not contemplate using expert witnesses. In any event, they are not requesting any modification to the requirements relating to the exchange of expert witness reports and information.

(10) This is not a class action.

(11) The parties do not believe that the trial or discovery should be bifurcated or managed in phases.

(12) The parties propose that the pretrial conference occur one month after the Court rules on any motion for summary judgment or, if no motions for summary judgment are filed, one month after the deadline for filing such motions.

(13) The parties prefer that the court set a trial date at the pretrial conference.

(14) Regarding electronic discovery, the parties agreed that in the event Ms. Robinson-Reeder serves document requests on ACE, ACE will search

readily available documents on its computer network. The parties agreed that ACE will not search back-up tapes.

(15) There are no other matters that the parties believe are appropriate for inclusion in a Scheduling Order.

DATED: June 29, 2007

Respectfully submitted,

*[signature]* 6/29/07
Jacqueline Robinson-Reeder
2140 Brooks Drive, #421
District Heights, MD 20747

@ 3:27 p.m.

Plaintiff

Home 301.967.1570 / cell - 301.633.7791

/s/
Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Counsel for Defendant American Council on Education