**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JACQUELINE ROBINSON-REEDER,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>AMERICAN COUNCIL ON EDUCATION,  )<br>)<br>Defendant.  )<br>) | Case: 1:07-cv-00880 (JDB)<br><br>ELECTRONICALLY FILED |

## AMENDED CERTIFICATE OF SERVICE

This amends the certificate of service filed on June 29, 2007 with Defendant American Council on Education's Motion for Judgment on the Pleadings. The original certificate of service erroneously stated that the Motion was hand-delivered to the Plaintiff on June 29, 2007 when in fact it was served by first-class U.S. Mail, postage prepaid, on June 29, 2007.

I hereby certify that on the 29th day of June, 2007, Defendant's Motion for Judgment on the Pleadings was served by first-class U.S. mail, postage prepaid to the following *pro se* Plaintiff:

> Jacqueline Robinson-Reeder
> 2140 Brooks Drive, #421
> District Heights, MD  20747

DATED:  July 6, 2007

Respectfully submitted,

/s/
Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Counsel for Defendant
American Council on Education

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of July, 2007, the foregoing Amended Certificate of Service was served by first-class U.S. mail, postage prepaid to the following *pro se* Plaintiff:

        Jacqueline Robinson-Reeder
        2140 Brooks Drive, #421
        District Heights, MD  20747


        /s/ Christine N. Kearns