UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JACQUELINE T. ROBINSON-REEDER,

Plaintiff,

v.

AM. COUNCIL ON EDUC.,

Defendant.

Civil Action No. 07-0880 (JDB)

## INITIAL SCHEDULING ORDER

Pursuant to the initial scheduling conference held on this date, the Joint Rule 16.3 Report submitted by the parties, and the entire record herein, it is this 5th day of July, 2007, hereby

**ORDERED** that the parties shall have until July 25, 2007, to amend the pleadings and join additional parties without further leave of the Court. The Court will issue a separate order setting a discovery and dispositive-motions schedule once the pending motions for judgment on the pleadings and for summary judgment have been resolved.

Based upon the agreement of the parties, it is further **ORDERED** that this case is hereby **REFERRED** to **MEDIATION** to commence forthwith and to conclude by not later than October 5, 2007. In accordance with LCvR 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole

1

or in part.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge