UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE T. ROBINSON-REEDER,

Plaintiff,

v.

AM. COUNCIL ON EDUC.,

Defendant.

Civil Action No. 07-0880 (JDB)

FILED

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff filed this employment-discrimination action against the American Council on Education on May 10, 2007. Defendant filed a motion for judgment on the pleadings on June 29, 2007. Plaintiff is representing herself, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

In accordance, the Court wishes to advise plaintiff that she must respond to defendant's previously filed motion within fourteen days of the date of this order. If plaintiff does not respond, the court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Dated: July 6, 2007