UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE T. ROBINSON-REEDER,       )
                                      )
                    Plaintiff         )
                                      )
vs.                                   )
                                      )   Civil Case: 07-0880 (JDB)
                                      )
AMERICAN COUNCIL ON EDUCATION         )
                                      )
                                      )
                    Defendant         )
                                      )

## MOTION FOR PERMANENT INJUNCTION

Jacqueline T. Robinson-Reeder, motions the court to **grant an immediate motion for permanent injunction** from defendant, the American Council on Education in further practicing retaliatory action against her by refusing to provide a "job reference" and engaging in reckless harm by providing negative "job references to potential employers" The American Council on Education is in violation of Title VII, of the Civil Rights Act of 1964, 42U.S.C. 2000e-2 [703m], 2000e-3 [704a], 2000e-5[706] – Title 42 United States Code, Section 1981 (a). In signing of this motion, the court would order the defendant, American Council on Education to deliver an immediate job reference with point of contact to prevent the negative job references from all staff in Human Resources.

RECEIVED

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1. The defendant **offered** the plaintiff a job reference and a point of contact during the conference held on June 25, 2007. *(See proposed schedule order-No.4)*

2. The defendant admitted to **denying** the plaintiff a job reference in their answer to plaintiff's complaint. *(See defendant's Answer to complaint-No. 9 "Plaintiff is not entitled to the relief stated in paragraph 9 of the complaint."*

3. The defendant had no problems with the work performance of the plaintiff. This should be addressed in a job reference for employment instead of denied to potential employers. *(See Defendant's Motion for Judgment on the Pleadings) – Page 12, Para. Second, (2) contains the encouraging words, "I think you have tremendous potential as an employee of ACE and HED. Please let me know if I can do anything to assist you."*

4. The plaintiff is without a permanent job or health benefits due to the obvious and intentional harm of being the victim of defendant's Retaliation/Adverse Action commencing on November 7, 2006 until July 13, 2007.

>    Kim v. Nash Finch Co., 123 F. 3d 1046 ) evidence of retaliation support jury finding of reckless indifference to plaintiff's rights.
>    EEOC V. City of Bowling Green, Kentucky 607 F. Supp. 524 (D. Ky. 1985) granting preliminary injunction.

5. The plaintiff was constructively discharged from employment with the American Council on Education on November 6, 2006.

6. The plaintiff filed an EEOC charge on December 15, 2006, against the Defendant.

7. The American Council on Education has retaliated against the plaintiff by refusing to respond to job inquiries and by giving negative references to prospective employers from November 7, 2006, to July 10, 2007, causing adverse action.

8. The Plaintiff was issued the "Right-to-Suit" from EEOC. (date's differ on 2-12-07)

9. The plaintiff filed the Retaliation Charge 570-2007-00948 (date's differ on February 12, 2007.)

10. The plaintiff filed the Civil Complaint against American Council on Education on May 10, 2007.

11. The plaintiff is an African American woman presently without permanent employment or health benefits for herself and son-- due to the defendant's admittance to denying potential employers with "job references." (*See proposed schedule order-No.4*)

The *pro se* plaintiff is a high-school graduate, a 52 year old black woman with a young son attending college. The poor woman is recently without the income or emotional support from her husband through a divorce caused by the defendant's applied mental stress, anguish and constant battles of depression due to the discrimination forced upon her by the American Council on Education.

The Plaintiff is asking for the mediation date to be moved up to August or September 2007, to prevent the plaintiff further suffering at the hands of the American Council on Education. The plaintiff has every intention on filing the opposition to the defendant's motion for judgment on the pleadings to the best of her inept legal ability.

The plaintiff is in dire need of a JOB REFERENCE TO GAIN EMPLOYMENT TO IMPROVE the economic state of her well-being as every human being regardless of their race is entitled to.

3

WHEREOF, plaintiff, Jacqueline T. Robinson-Reeder, prays that the court grants the request for the mediation to be swifter than October 7, 2007 and that the "job reference be granted expeditiously as the plaintiff is a "white citizen."

> Title 42 Section. 1981. Equal rights under the law
>    (a) Statement of equal rights
>    All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

Respectfully,

Jacqueline T. Robinson-Reeder  -  July 13, 2007
2140 Brooks Drive, #421
District Heights, Maryland 20747
Home/301-967-1092 - Cell/301-633-7791

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT ON** July 13, 2007, the foregoing Motion for Permanent Injunction was delivered to the address below.

Christine N. Kearns
Pillsbury Winthrop Shaw Pittman, LLp
2300 N Street, N.W.
Washington D.C 20037
(202) 663-8000

_____
JacquelineT. Robinson-Reeder
Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) Civil Case: 07-0880 (JDB) <br> ) <br> AMERICAN COUNCIL ON EDUCATION ) <br> ) <br> ) <br> Defendant ) <br> ) | |

**PROPOSED ORDER**

Jacqueline T. Robinson-Reeder, hereby requests pursuant to LCvR7, this matter before Judge John D. Bates on the plaintiff's motion for "Permanent Injunction" against the American Council on Eduction. After through consideration, Judge John D. Bates finds that this motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the plaintiff's motion is granted and so ordered on date:_____

Judge John D. Bates
United States District Court for District of Columbia