UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER,  )<br>)<br>Plaintiff  )<br>)<br>vs.  )<br>)  Civil Case: 07-0880 (JDB)<br>)<br>AMERICAN COUNCIL ON EDUCATION  )<br>)<br>)<br>Defendant  )<br>_____)| |

## MOTION FOR DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF

Jacqueline T. Robinson-Reeder, hereby motions the court to enter judgment in favor of the plaintiff, pursuant to LCvR 83.6. (a), (c) and LCvR 83.2 (h) (i). Cynthia N. Kearns <u>did not</u> appear in court as the defendant's counsel on July 5, 2007. Ms. Julia E. Judish <u>attended</u> and represented the defendant on July 5, 2007. Ms. Julia E. Judish <u>does not</u> have an entry of appearance or certificate filed with the court pursuant to LCvR 83.6 (a). nor has the Plaintiff received such entry of appearance or notification of certificate on behalf of Ms. Judish.
The Civil Docket for case #1:07 -cv-00880-JDB --<u>does not</u> hold this information stored electronically.

Therefore, the plaintiff seeks the court to grant the Civil Case 07-0880 in favor of the plaintiff in accordance to Federal Rule 55 – Default . Defendant failure to appear.

Exhibit I – Entry of Appearance – Cynthia N. Kearns

Exhibit II – Civil Docket for Case #1:07-cv-0880-JDB

RECEIVED
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Respectfully,

*Jacqueline T. Robinson-Reeder*

Jacqueline T. Robinson-Reeder – July 12, 2007

2140 Brooks Drive #421

District Heights, Maryland 20747

EXHIBIT I

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE ROBINSON-REEDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN COUNCIL ON EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | Case: 1:07-cv-00880 (JDB) <br><br> ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Christine N. Kearns hereby gives notice of her entry of appearance as counsel for Defendant American Council on Education in the above-captioned case.

DATED: June 6, 2007         Respectfully submitted,

/s/ Christine N. Kearns
Christine N. Kearns (No. 416339)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Counsel for Defendant*
*American Council on Education*

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00880-JDB

*EXHIBIT II*

ROBINSON-REEDER v. AMERICAN COUNCIL ON EDUCATION
Assigned to: Judge John D. Bates
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 05/10/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

JACQUELINE T. ROBINSON-REEDER     represented by   JACQUELINE T. ROBINSON-REEDER
2140 Brooks Drive, #421
District Heights, MD 20747
(301) 996-0630
PRO SE

V.

**Defendant**

AMERICAN COUNCIL ON EDUCATION     represented by   Christine N. Kearns
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037
(202) 663-8488
Fax: (202) 663-8007
Email: christine.kearns@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Julia Eden Judish
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037
(202) 663-9266
Fax: (202) 663-8007
Email: julia.judish@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2007 | 1 | COMPLAINT against AMERICAN COUNCIL ON EDUCATION ( Filing fee $ 350, receipt number 4616004173) filed by JACQUELINE T. ROBINSON-REEDER. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 05/11/2007) |

| | | | |
|---|---|---|---|
| 05/10/2007 | | | SUMMONS Not Issued as to AMERICAN COUNCIL ON EDUCATION (lc, ) (Entered: 05/11/2007) |
| 05/21/2007 | | 2 | NOTICE of service re AMERICAN COUNCIL ON EDUCATION by JACQUELINE T. ROBINSON-REEDER (lc, ) (Entered: 05/22/2007) |
| 06/01/2007 | | 3 | ANSWER to Complaint by AMERICAN COUNCIL ON EDUCATION. Related document: 1 Complaint filed by JACQUELINE T. ROBINSON-REEDER.(Judish, Julia) (Entered: 06/01/2007) |
| 06/05/2007 | | 4 | ORDER: Setting Initial Scheduling Conference set for 7/5/2007 09:00 AM in Courtroom 8 before Judge John D. Bates. Joint Rule 16.3 Report due by not later than 6/29/2007. Signed by Judge John D. Bates on 06/05/07. (tb, ) (Entered: 06/06/2007) |
| 06/06/2007 | | 5 | NOTICE of Appearance by Christine N. Kearns on behalf of AMERICAN COUNCIL ON EDUCATION (Kearns, Christine) (Entered: 06/06/2007) |
| 06/29/2007 | | 6 | ENTERED IN ERROR.....MEET AND CONFER STATEMENT. (Kearns, Christine) Modified on 7/2/2007 (td, ). (Entered: 06/29/2007) |
| 06/29/2007 | | 7 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order for Scheduling)(Kearns, Christine) (Entered: 06/29/2007) |
| 06/29/2007 | | 8 | MOTION for Judgment on the Pleadings by AMERICAN COUNCIL ON EDUCATION (Attachments: # 1 Exhibit Duggan Declaration# 2 Text of Proposed Order)(Kearns, Christine) (Entered: 06/29/2007) |
| 06/29/2007 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 6 Meet and Confer Statement was entered in error and counsel refiled as document no. 7. (td, ) (Entered: 07/02/2007) |
| 07/02/2007 | | 9 | MOTION for Summary Judgment by JACQUELINE T. ROBINSON-REEDER (lc, ) (Entered: 07/03/2007) |
| 07/03/2007 | | 10 | Amended MOTION for Summary Judgment by JACQUELINE T. ROBINSON-REEDER (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(lc, ) (Entered: 07/05/2007) |
| 07/05/2007 | | | Minute Entry. Initial Scheduling Conference held on 7/5/2007 before Judge John D. Bates : Order forthcoming. (Court Reporter Bryan Wayne) (tb, ) (Entered: 07/06/2007) |
| 07/06/2007 | | 11 | NOTICE of Amended Certificate of Service by AMERICAN COUNCIL ON EDUCATION re 8 MOTION for Judgment on the Pleadings (Kearns, Christine) (Entered: 07/06/2007) |
| 07/06/2007 | | 12 | SCHEDULING ORDER: It is hereby ordered that the parties shall have until 7/25/2007 to amend pleading and join additional parties without further leave of the Court. Based upon the agreement of the parties, it is further ordered that this case is hereby REFERRED to MEDAITON to commence forthwith and conclude by not later than 10/5/2007. The parties shall promptly notify the Court if the case settles in whole or in part. Signed by Judge John D. Bates on 07/06/07. (tb, ) (Entered: 07/06/2007) |
| 07/06/2007 | | 13 | ORDER :In accordance with Fox v. Strickland, 837 F.2d507 (D.C. Cir. 1998), the Court wishes to advise plaintiff that she must respond to defendant's previously filed motion within fourteen days of the date of this order. If plaitniff does not respond, the court will treat the motion |

| | | |
|---|---|---|
| | | a~~nceded and dismiss the complaint. Signed by Judge John D. Bates on 07/06/07. (tb, ) (Entered: 07/06/2007) |
| 07/06/2007 | | Remark: Docket entries #12 and #13 were mailed to plaintiff on 07/06/07 at the address listed on the docket sheet. (tb, ) (Entered: 07/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2007 12:15:57 | | | |
| PACER Login: | us3871 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00880-JDB |
| Billable Pages: | 2 | Cost: | 0.16 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT ON** July 13, 2007, the foregoing Motion for Default Judgment was delivered to the address below.

Christine N. Kearns
Pillsbury Winthrop Shaw Pittman, LLp
2300 N Street, N.W.
Washington D.C 20037
(202) 663-8000

_____  7/13/07

JacquelineT. Robinson-Reeder
Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>AMERICAN COUNCIL ON EDUCATION )<br>)<br>)<br>Defendant )<br>) | Civil Case: 07-0880 (JDB) |

## PROPOSED ORDER

Jacqueline T. Robinson-Reeder, hereby requests pursuant to LCvR7, this matter before Judge John D. Bates on the plaintiff's motion for "Default Judgment" against the American Council on Education. After through consideration Judge John D. Bates finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the plaintiff's motion is granted and so ordered on date:_____

_____
Judge John D. Bates

United States District Court for District of Columbia