UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacqueline T. Robinson-Reeder,
  Plaintiff
v.

Civil Action No. 07-880 (JDB)

American Council on Education,
  Defendant

## NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
## FOR THE LIMITED PURPOSE OF MEDIATION

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_Jacqueline T. Robinson-Reeder_
Signature *of* pro se *party*

_JAcqueline T. RoBinson-Reeder_
Name *of* pro se *party (printed)*

_2140 Brooks Drive #421_
Address

_District Heights, MD 20747_
City  State  Zip

_301-967-1092_
Telephone

Dated: _Sept 6, 2007_

**RECEIVED**

SEP 1 2 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**