**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| **Jacqueline T. Robinson-Reeder,** ) | |
| ) | **APPEARANCE** |
| Plaintiff, ) | |
| ) | |
| ) | **Civil Action No. 07-0880 (JDB)** |
| vs. ) | |
| ) | |
| **American Council on Education,** ) | |
| ) | |
| Defendant. ) | |

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of Sheila J. Carpenter as counsel in this case for Plaintiff Jacqueline T. Robinson-Reeder solely for purposes of mediation.

Date: November 26, 2007         *Sheila J. Carpenter*
                                Sheila J. Carpenter
                                sjc@jordenusa.com
                                DC Bar #935742
                                1025 Thos. Jefferson St. NW
                                #400 East
                                Washington, DC  20007-5208
                                Tel:  202-965-8165
                                Fax:  202-965-8104

                                Attorney for Plaintiff