UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE T. ROBINSON-REEDER,

Plaintiff,

v.

AM. COUNCIL ON EDUC.,

Defendant.

Civil Action No. 07-0880 (JDB)

FILED

DEC 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to the Court's July 5, 2007 Initial Scheduling Order, this case was referred to mediation, which was to be concluded by not later than October 5, 2007. As that time period has now expired, it is this 10th day of December, 2007, hereby

**ORDERED** that the mediation period shall be extended for a period of forty-five days, to be concluded by not later than January 24, 2008. The parties shall promptly notify the Court if the case settles in whole or in part.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge