UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN COUNCIL ON EDUCATION )<br>)<br>Defendant. ) | Civil Action No.  07-0880 (JDB) |

## WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please withdraw my appearance as pro bono counsel in this case for the Plaintiff.

    My appearance was for the limited purpose of representing the litigant during the mediation process, which has now concluded.

    Respectfully submitted,

    _____
    Sheila J. Carpenter #935742
    sjc@jordenusa.com
    Jorden Burt LLP
    1025 Thomas Jefferson Street, NW
    Suite 400 East
    Washington, D.C. 20007-5208
    Phone:   (202) 965-8165
    Fax:       (202) 965-8104

Dated:  January 11, 2008