UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JACQUELINE ROBINSON-REEDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 1:07-cv-00880 (JDB) |
| | ) | |
| AMERICAN COUNCIL ON EDUCATION, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO PLAINTIFF'S "AMENDMENT"
TO THE MOTION FOR PRELIMINARY INJUNCTION**

Defendant American Council on Education ("ACE"), through the undersigned counsel, respectfully submits this short Response to the "Amendment" to the Motion for Preliminary Injunction ("Amendment") filed by Jacqueline Robinson-Reeder. First, the Amendment is, in fact, a reply in support of her Motion for a Preliminary Injunction (Document 28). ACE requests that it be treated as a reply brief, rather than as the commencement of yet another duplicative round of motion practice in this case. Second, even if it were an "Amendment," it neither addresses nor corrects the legal defects identified in ACE's Opposition to Plaintiff's Motion for a Preliminary Injunction (Document 30) filed on January 12, 2008. Accordingly, ACE will submit nothing further with respect to the "Amendment."

DATED: January 17, 2008        Respectfully submitted,

/s/ Christine N. Kearns
Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Counsel for Defendant
American Council on Education

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2008, the foregoing Response to Plaintiff's Amendment to the Motion for Preliminary Injunction was served via first-class, postage-prepaid, U.S. mail, to the following *pro se* plaintiff:

>Jacqueline Robinson-Reeder
>2140 Brooks Drive, #421
>District Heights, MD  20747

/s/ Christine N. Kearns

400702307v1