## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JACQUELINE T. ROBINSON-REEDER,**

    **Plaintiff,**

    **v.**

**AM. COUNCIL ON EDUC.,**

    **Defendant.**

**Civil Action No.  07-0880 (JDB)**

## ORDER

Upon consideration of [8] defendant's motion for judgment on the pleadings, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 29th day of January, 2008, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff's disparate treatment and retaliation claims are hereby **DISMISSED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1367(c) the Court will dismiss plaintiff's defamation claim if an amended complaint asserting that claim and a proper independent basis for federal jurisdiction is not filed within 20 days; and it is further

**ORDERED** that all other pending motions are **DENIED** as **MOOT**.

**SO ORDERED**.

                     /s/
                  JOHN D. BATES
           United States District Judge