UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2008 FEB 19 PM 6:10

RECEIVED

Jacqueline T. Robinson-Reeder
_____
Plaintiff

vs.                                    Civil Action No. 07-880 (JDB)

RECEIVED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

American Council on Education
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  12th  day of  February , 20 08 , that

Plaintiff Jacqueline T. Robinson-Reeder

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  29th  day of  January , 20 08

in favor of  defendant American Council on Education

against said  plaintiff.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Christine N. Kearns, Pillsbury, Winthrop, Shaw, Pittman, LLP, 2300 N Street, NW, Washington, DC 20037.