UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER,<br><br>Plaintiff,<br><br>v.<br><br>AM. COUNCIL ON EDUC.,<br><br>Defendant. | Civil Action No. 07-0880 (JDB) |

## ORDER

Upon consideration of plaintiff's motion for leave to proceed on appeal *in forma pauperis* and the February 26, 2008 Order of the United States Court of Appeals for the District of Columbia Circuit, it is hereby

**ORDERED** that the motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transmit this Order to the Court of Appeals forthwith.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  February 27, 2008