UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacqueline Robinson-Reeder,     *

        Plaintiff,     *

        v.     *     Case: 1:07-cv-00880 (JDB)

American Council on Education     *

        Defendant.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that James Q. Butler, Esq., hereby files his notice of appearance in the above captioned matter as counsel for **JACQUELINE ROBINSON-REEDER**, the plaintiff herein.

Please address all future notice to the undersigned.

Dated this 17th day of March, 2008.

                                                    _____/s/_____
                                                    James Q. Butler, Esq.
                                                    818 18th St. NW
                                                    Suite 630
                                                    Washington, DC 20006
                                                    Phone: (202) 223-6767
                                                    Fax:    (202) 223-3039

## CERTIFICATE OF SERVICE

      I, James Q. Butler, certify that I electronically filed a copy of the foregoing upon each representative of record by on March 17, 2008.

      By:        /s/_____
           James Q. Butler, Esq.

Parties Served:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630
Pillsbury Winthrop Shaw Pitman LLP
2300 N Street, NW
Washington, DC 20037

Jacqueline Robinson-Reeder
2140 Brooks Dr. #421
District Heights, MD 20747