UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacqueline Robinson-Reeder          *

        Plaintiff,          *

        v.          *          Case: 1:07-cv-00880 (JDB)

American Council on Education          *

        Defendant.          *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**STIPULATION FOR EXTENSION OF TIME**

    **PLEASE TAKE NOTICE** that James Q. Butler, Esq., on behalf of plaintiff, respectfully requests an extension of 20 days to respond to Defendant's Motion to Dismiss in the above captioned matter as counsel is newly retained. Plaintiff has also conferred with Defense Counsel who agreed with Plaintiff's request.

    Plaintiff asks that should this motion be granted, Defense then be required to reply within 10 days.

    WHEREFORE, the Plaintiff prays that this Honorable Court grant the Plaintiff's Stipulation for Extension of Time in the above captioned case for the reason stated herein.

Respectfully Submitted,

/s/ James Q. Butler
James Q. Butler, Esq.

## CERTIFICATE OF SERVICE

I, James Q. Butler, certify that I electronically filed a copy of the foregoing with the Clerk's Office of the United States District Court for the District of Columbia, and to:

Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630
Pillsbury Winthrop Shaw Pitman LLP
2300 N Street, NW
Washington, DC 20037


/s/ James Q. Butler
James Q. Butler, Esq.