# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACQUELINE ROBINSON-REEDER** | CASE NO: 1:07CV00880 (IDB) |
| Plaintiff | |
| v. | |
| **AMERICAN COUNCIL ON EDUCATION** | **STIPULATION OF DISMISSAL** |
| Defendant | |

Plaintiff and Defendant hereby stipulate that the remaining cause of action in the within action is dismissed without prejudice, pursuant to Civil Rule 41 (a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ James Q. Butler
James Q. Butler
Attorney for Plaintiff
818 18th Street, N.W. - 6th Floor
Washington, D.C. 20006
Ph. 202-223-6767


/s/ Christine N. Kearns
Christine N. Keams   (No. 416339)
Julia E. Judish (No. 461630)
PILLSBURY WINTHROP SHAW PITTMAN
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
Counsel for Defendant American Council on Education