UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE T. ROBINSON-REEDER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN COUNCIL ON EDUC.,<br><br>Defendant. | Civil Action No. 07-0880 (JDB) |

## ORDER

Upon consideration of plaintiff's ex-parte motion to seal the memorandum opinion dated January 29, 2008, and the entire record herein, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:   June 26, 2008