UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacquelin T. Robinson-Reeser
Plaintiff

vs.                              Civil Action No. 07-0880 (JDB)

American Council on Education
Defendant

## NOTICE OF APPEAL

Notice is hereby given this July day of 25, 2008, that Plaintiff, Jacqueline T. Robinson-Reeser hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the June day of 26, 2008 in favor of Defendant against said Motion for Ex Parte Motion Memorandum Opinion - Order Denied

RECEIVED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Ex Parte (1) (Defendant not needed for hearing)
Christine N. Kearns, Pillsbury, Winthrop, Shaw, Pittman, LLP, 2300 N St. n.w., Washington, DC 20037