UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jacqueline Robinson-Reeder** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case: 1:07-cv-00880 (JDB)** |
| **American Council on Education** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that James Q. Butler, Esq., respectfully requests to be removed as attorney of record in the above captioned matter.

**WHEREFORE**, Plaintiff prays that this Honorable Court grant this Motion to Withdraw.

Respectfully Submitted,

_____
James Q. Butler, Esq.
818 18th St. N.W., Suite 630
Washington, D.C. 20006
Telephone: 202-223-6767
Facsimile: 202-223-3039
Jqbutler1@hotmail.com

## CERTIFICATE OF SERVICE

I, James Q. Butler, certify that I mailed a copy of the foregoing via first class pre-paid postage to the Clerk's Office of the United States District Court for the District of Columbia, at 333 Constitution Avenue, N.W. Washington, D.C. 20001 on August 14, 2008.


      By: _____
           James Q. Butler, Esq.


Christine N. Kearns (No. 416339)
Julia E. Judish (No. 461630
Pillsbury Winthrop Shaw Pitman LLP
2300 N Street, NW
Washington, DC 20037

Jacqueline Robinson-Reeder
2140 Brooks Dr. #421
District Heights, MD 20747